**Nicole Cahill**
to me, Eduardo, Danielle, Nicole, Patrick, Luis, Molly

Tue, Jun 3, 10:00 AM

Hi Ty,

We would request these be remote if at all possible. In person in Fresno would require quite a bit of travel by the witnesses and our office, which is going to make it very difficult to schedule.

I'm operating under the assumption that you will not be agreeable to remote depositions moving forward. As such, I have included a request for an order on that issue in our joint scheduling report, which I believe is due today. See attached.

Nicole M. Cahill, Esq.
LONGYEAR, LAVRA & CAHILL, LLP
555 University Avenue, Suite 280
Sacramento, CA 95825
Tel:  916-974-8500 Ext. 117
Fax:  916-974-8510

This information is privileged and confidential and is intended only for the person or entity to whom it is addressed. Any review, retransmission, dissemination or other use of this information (including attachments) by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient, please delete the information from your system and contact the sender.