**Ty Clarke** <tclarke@lawyersftp.com>
to Nicole, Eduardo, Danielle, Nicole, Patrick, Luis, Molly

Jun 13, 2025, 1:07 PM

Hi Nicole and Eduardo,

Following up on scheduling the in-person depositions. Upon reviewing the latest disclosures your office served on June 11, it appears Sgt. Richardson was the second officer to use force along with Cpl. Roman and not Ofc. Aguirre.

Accordingly, we will agree to table Ofc. Aguirre's deposition at this time but will need to depose both Sgt. Richardson and Cpl. Roman in-person. Can you let me know asap your position on the in-person depositions in light of Judge Grosjean's comments at the scheduling conference?

If your position is still that all depositions need to be taken remotely, we can move forward with requesting the informal discovery dispute conference that Judge Grosjean outlined.

Thanks,
Ty