**Nicole Cahill**
to me, Eduardo, Danielle, Nicole, Patrick, Luis, Molly

Tue, Jun 17, 2:11 PM (13 days ago)

Hi Ty,

Our position is that in person depositions in this case will serve to unnecessarily drive up costs and fees on both sides. I believe Judge Grosjean is correct that, if the depos were in person, they would need to be where the defendants reside or work. Sounds like we might need an informal discovery conference.