**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY L. CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# ESATERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.B.; | Case No. 1:25-cv-00261-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO REFER MATTER TO MAGISTRATE JUDGE STANLEY A. BOONE FOR SETTLEMENT CONFEENCE** |
| v. | |
| CITY OF PORTERVILLE, et al.; | |
| Defendants. | |

WHEREAS, Plaintiff and Defendants (hereinafter "the parties") are in the midst of fact discovery and have already completed several depositions along with significant document production.

WHEREAS, Counsel for the parties have met and conferred and agreed that they believe a settlement conference in this matter may be productive.

WHEREAS, the parties have agreed to conducting this settlement conference with United States Magistrate Judge Stanley A. Boone.

THEREFORE, the Parties JOINTLY REQUEST and STIPULATE TO that the Court refer the parties to a settlement conference with Magistrate Judge Stanley A. Boone.

Dated: DRAFT

By: _____*/s/ Nicole Cahill*_____
Nicole Cahill
Attorneys for Defendants

Dated: DRAFT

By: _____*/s/ Ty Clarke*_____
Ty Clarke
Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, this matter is referred to Magistrate Judge Stanley A. Boone for a settlement conference.

IT IS SO ORDERED.

Dated:   October 17, 2025

_____
UNITED STATES DISTRICT JUDGE