# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.B.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PORTERVILLE, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00261-KES-EPG<br><br>ORDER DENYING MOTION FOR REMOTE APPEARANCE<br><br>(ECF No. 44) |

An in-person settlement conference is set for January 26, 2026, at 9:30 a.m. in Courtroom 9 before the undersigned. (ECF No. 41.) On December 29, 2025, Plaintiff filed a stipulated motion requesting that the parties be permitted to appear virtually. (ECF No. 44.) The Court's current practice is for attorneys who will try the case to appear <u>in-person</u> at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case on any terms at the conference. Accordingly, it is HEREBY ORDERED that the stipulated motion to hold the settlement conference remotely is DENIED.

IT IS SO ORDERED.

Dated:　**December 30, 2025**　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1