# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.B., *a minor, by and through his guardian ad litem Dnieper Vegavillalobos*,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTERVILLE, et al.,<br><br>Defendants. | Case No.  1:25-cv-00261-KES-EPG<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PLAINTIFF TO FILE MOTION FOR MINOR'S COMPROMISE<br><br>**THIRTY-DAY DEADLINE** |

The Court conducted a settlement conference in this action before the undersigned on January 26, 2026, at which the parties reached a settlement agreement.  Therefore, the Court will vacate all dates and order Plaintiff to file a motion for a minor's compromise within thirty days.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.     All pending matters and dates in this action are VACATED; and

2.     Plaintiff shall file a motion for a minor's compromise within **thirty (30) days** of entry of this order.  L.R. 202(b).  Any request for an extension must be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:     **January 26, 2026**                                                 

STANLEY A. BOONE
United States Magistrate Judge