UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

A.A.B., a minor by and through his guardian ad litem, DNIEPER VEGAVILLALOBOS,

Plaintiff,

v.

CITY OF PORTERVILLE, et al.

Defendants.

Case No. 1:25-cv-00261-KES-EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Doc. 57

Plaintiff A.A.B., a minor, proceeds through his guardian ad litem Dnieper Vegavillalobos in this civil action, bringing Federal and state claims following an incident in which Plaintiff alleges Defendant Porterville police officers shoved and threw Plaintiff off his bike, shoved Plaintiff's head into the ground, and falsely arrested and detained Plaintiff.

On June 30, 2026, Plaintiff filed a petition for the approval of the minor's settlement. Doc. 56. On July 16, 2026, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's petition for approval of the minor's settlement be granted. Doc. 57. The Court provided fourteen (14) days after being served with the findings and recommendations for any party to file objections. (*Id.* at 9). No objections have been filed, and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 16, 2026, Doc. 57, are ADOPTED in full.
2. The petition for approval of minor's settlement (Doc. 56) is granted.
3. The gross settlement between Defendants and Plaintiff of $512,000 is approved.
4. The settlement amount is apportioned as follows:
   a. Attorney's fees of $125,741.09 to Plaintiff's counsel;
   b. Litigation costs of $9,473.06 to Plaintiff's counsel;
   c. Medi-Cal lien of $1,785.85 to be satisfied by Plaintiff's counsel;
   d. The remainder of $375,000 to purchase a structured settlement annuity through PASSCorp, subject to withdrawal based on the periodic payment plan outlined in the motion and the findings and recommendations (Doc. 57).
5. Defendant is directed to pay the settlement amount to Plaintiff's counsel within 30 days of the entry of this order.
6. Plaintiff's counsel is directed to allocate the settlement amounts as set forth in this order no later than 5 days from receipt of payment. Plaintiff's counsel is directed to file proof of the purchase of the annuity with PASSCORP no later than ten days after said purchase of the annuity.
7. The parties are ordered to submit an appropriate dispositional document within 30 days of this order.

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE