UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.B, a minor, by and through his Guardian Ad Litem, DNIEPER VEGAVILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTERVILLE, a municipal corporation, et al.,<br><br>Defendants. | No. 1:25-cv-00261-KES-EPG<br><br>ORDER GRANTING REQUEST TO SEAL<br><br>Doc. 61 |

Pursuant to Local Rule 141(b) and based upon the representation contained in the plaintiff's request to seal, IT IS HEREBY ORDERED that the plaintiff's unredacted proof of annuity purchase, request to seal, and proposed order shall be SEALED until further notice of this Court.

It is further ordered that access to the sealed document shall be limited to the Court, authorized Court personnel, and the parties and their counsel.

IT IS SO ORDERED.

Dated: September 9, 2026

UNITED STATES DISTRICT JUDGE